IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

JOHN HENRY GIVENS, #182504,     )
                                             )
               Petitioner,      )
                                             )
vs.                                    )     CIVIL ACTION NO. 2:08cv565-WHA
                                           )
J. C. GILES, et al.,             )             (WO)
                                           )
              Respondents.     )

**<u>FINAL JUDGMENT</u>**

In accordance with the order entered in this case on this day,

Final Judgment is entered in favor of the Respondents and against the Petitioner, and this

case is DISMISSED with prejudice.

DONE this 30th day of June, 2011.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE